**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 2:19-CR-00249-01** |
| **VERSUS** | **JUDGE JAMES D. CAIN, JR.** |
| **ELTON J RICHARD III (01)** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

Before the court is a Report and Recommendation [doc. 35] filed by the Magistrate Judge, recommending denial of the Motion to Suppress [doc. 18] filed by defendant Elton J. Richard III. The court has conducted an independent review of the record, determined that the findings are correct under the applicable law, and considered the objections to the Report and Recommendation. Accordingly,

**IT IS ORDERED** that the Motion to Suppress [doc. 18] be **DENIED**.

**THUS DONE AND SIGNED** in Chambers on this 12th day of February, 2020.

_____
**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**